■ In the Matter of RONALD G. TELFORD, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner. — Application for an order suspending respondent as an attorney and counselor at law for his failure to appear, pursuant to an order of this court dated May 3, 1984, for examination regarding an inquiry under investigation by petitioner. Application granted by default and respondent, Ronald G. Telford, suspended as an attorney and counselor at law until further order of this court. Order entered. Main, J. P., Weiss, Mikoll, Levine and Harvey, JJ., concur.

## (June 15, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIO R. GOMEZ, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied (*People ex rel. Frazier v Coombe,* 87 AD2d 904). Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.